UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60962-CIV-MORENO

AMERISURE MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.

M&R DRYWALL, INC.,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Motion to Dismiss **(D.E. No. 6)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 18)** on **January 28, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 18)** on **January 28, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    Defendant's Motion to Dismiss the Complaint (D.E. No. 6) is DENIED. This Court considered that "discretion for dismissal on a declaratory judgment action . . . falls within the

basis of *Brillhart* and its two main [tenets]: Is there a pending state court case raising the same issues, and are the parties in the state court case identical?" *Underwriters at Lloyd's London v. Osting-Schwinn*, No. 8:05-CV-1460-17TGW, 2006 WL 947815, at *4 (M.D. Fla. Apr. 12, 2006) (citing *Brillhart v. Excess Ins. Co. of Am.*, 317 U.S. 704 (1942)). The issue in this case, whether Defendant has liability coverage under Plaintiff's policies, is different from those raised in state court. Furthermore, the parties are not identical, as Plaintiff is not involved in any of the arbitration proceedings and Plaintiff and Defendant are not adversary parties in any of the proceedings. In making its determination, Court also considered the nine non-exclusive factors set forth by the Eleventh Circuit in *Ameritas Variable Insurance Company v. Roach*, 411 F.3d 1328, 1330 (11th Cir. 2005), and agrees with Judge Torres that they weigh in favor of denying Defendant's Motion to Dismiss.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2011.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record